March 28, 2008

Mr. Kevin F. Lungwitz
Lungwitz & Lungwitz, P.C.
3005 S. Lamar Blvd., Ste. D-109-362
Austin, TX 78704
Mr. Michael D. Atkins
Atkins Peacock & Lewis, L.L.P.
P.O. Box 111
Odessa, TX 79760

RE: Case Number: 07-0084
 Court of Appeals Number: 11-06-00013-CV
 Trial Court Number: GN300162

Style: HELEN O'NEAL
 v.
 ECTOR COUNTY INDEPENDENT SCHOOL DISTRICT

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed per curiam
opinion and judgment in the above-referenced cause.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Sherry Williamson |
| |Ms. Amalia |
| |Rodriguez-Mendoza |